# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Gustafson, John P. | U.S. Bankruptcy Court, Ohio | 06/29/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Bankruptcy Judge - Active | ☐ Nomination    Date <br> ☐ Initial   ☑ Annual   ☐ Final <br> 5b. ☐ Amended Report | 01/01/2019 <br> **to** <br> 12/31/2019 |

**7. Chambers or Office Address**

United States Bankruptcy Court
James M. Ashley and Thomas W.L. Ashley U.S. Courthouse
1716 Spielbusch Avenue, Rm. 113
Toledo, Ohio 43604

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member of the Board of Directors. | The NACTT Academy (01/24/2013 to 12/31/2019) non-profit educational 501(c)(3) |
| 2. | Trustee for ▓▓▓▓ Trust | ▓▓▓▓ Trust: ▓▓ trust, ▓▓ benficiary. |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

**✔** NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

**✔** NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bankruptcy Institute | 01/23/2019 to 01/25/2019 | Salt Lake City, UT | Educational presentations made at ABI Rocky Mountain Bankruptcy Conference. | Travel (plane fare), meal, est. cost of hotel. |
| 2. | American Bankruptcy Institute | 02/18/2019 | Detroit, MI | Served as a moot court judge for pre-Duberstein moot court competition. | Parking. |
| 3. | Arkansas Bar Association | 03/27/2019 to 3/29/2019 | Little Rock, AK | Speaking at 23rd Annual Debtor/Creditor Law Conference | Travel (plane fare), hotel (which included breakfast), mileage, and parking. |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | **Gustafson, John P.** | 06/29/2020 |

| | | | | | |
|---|---|---|---|---|---|
| 4. | Alabama State Bar | 06/07/2019 to 06/08/2019 | Destin, FL | Speaking at SanDestin Bankruptcy on the Beach Seminar | Travel (cost of air travel - which was lower - in lieu of mileage), hotel room. |
| 5. | University of Kentucky | 06/20/2019 | Lexington, KY | Speaking at the 19th Biennial UK/CLE Judge Joe Lee Bankruptcy Institute | A box lunch. |
| 6. | Federal Judicial Center | 07/08/2019 to 07/10/2019 | New York, NY | Attend educational seminar for bankruptcy judges | Travel, meals and hotel. |
| 7. | NACTT Academy | 07/17/19 to 07/20/2019 | Indianapolis, IN | Speaking at National Conference of Chapter 13 Trustee's seminar. | Travel (mileage), hotel, and proivded food. |
| 8. | Federal Bar Association, Western District of Michigan | 07/26/2019 to 07/28/2019 | Thompsonville, MI | Speaking at 31st Annual Bankruptcy Section Seminar | Travel (mileage), hotel and provided food. |
| 9. | State Bar of Montana | 08/08/2019 to 08/09/2019 | Missoula, MT | Speaking at 2019 Bankruptcy Section CLE | Travel (plane fare), hotel, and provided meal. |
| 10. | Credit Education Coalition | 11/01/2019 | Columbus, Ohio | Educational presentation made at annual Fall CEC bankruptcy educational seminar. | Travel (mileage), hotel, provided breakfast. |
| 11. | American Bankruptcy Institute | 11/11/2019 | Southfield, MI | Educational presentation made at the annual Steven Rohodes Veteran's Day Seminar | Meal |

| Name of Person Reporting | Date of Report |
|---|---|
| Gustafson, John P. | 06/29/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔    NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔    NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Gustafson, John P.** | 06/29/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. IRA with Charles Schwab | | | | | | | | | |
| 2. - Research Frontiers, Inc. (Symb. 'REFR') common stock in IRA | | None | J | T | | | | | |
| 3. - Global Diversfd Inds. New (Restricted Shares) in IRA, prob. defunct | | None | J | W | | | | | |
| 4. - Vanguard 500 Index Fund (VFINX) in IRA. | A | Int./Div. | J | T | | | | | |
| 5. - Cash in IRA | A | Interest | M | T | | | | | |
| 6. Family Trust | | | | | | | | | |
| 7. - Research Frontiers (symbol REFR) | | None | L | T | | | | | |
| 8. - China Continental Inc. (Symbol CHCL) - probably defunct | | None | J | W | | | | | |
| 9. - Global Diversified Ind. - probably defunct | | None | J | W | | | | | |
| 10. - The Majestic Companies, LTD - (Symbol MJXX) probably defunct | | None | J | W | | | | | |
| 11. - Unitrend, Inc. probably defunct. | | None | J | W | | | | | |
| 12. State Teachers Retirement System of Ohio Retirement Account. | | None | J | V | | | | | |
| 13. Structure in Retirement Community, DeLand, Volusia County, Florida | | None | L | W | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Gustafson, John P.** | 06/29/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

State Teachers Retirement System of Ohio is from teaching one class for two years at the University of Toledo more than a decade ago.  The amount is minimal, and I chose "other" as the basis for valuation because the statement from STRS does not provide any information other than an amount and I relied on the STRS statement.

Couple who (                    ) who stay on the DeLand, FL property pay the lot rent and monthly fees associated with it for the winter months when they reside there full time.  Fees in 2019 were about $650 a month - they paid for January through March, and October through December, 2019.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ John P. Gustafson**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544